# ATTACHMENT A
## DESCRIPTION OF PLACE TO BE SEARCHED

The property, located at 57629 Waterworks Street, Calumet, Michigan, is described as a two story, light colored vinyl clad house, with the name DRESCH posted on the mailbox. The three photographs below depict the residence and vehicles parked on the curtilage of the property:





