AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:21-mj-2 | Date and time warrant executed: 1/19/20 7:20 pm | Copy of warrant and inventory left with: Karl Dresch |
| Inventory made in the presence of : SA Matthew Hellman | | |

Inventory of the property taken and name(s) of any person(s) seized:

Search of Residence
- Black, Red, and White Atlanta Braves Back Pack containing 4 cans chewing tobacco, Radar Detector, Hand Held Radio, Metro Smart Pass, Misc Papers, 160 Rounds of 7.62 x 39 ammunition in 8 Boxes, Pilot Reciept  (W 1/22/21)
- (2) Brown Sport Coats
- Green Hooded Sweatshirt
- Plaid Shirt
- 1 pair Black Jeans
- 1 pair Blue Jeans
- 1 Box 762 x 39 ammunition containing 20 Rounds
- Pair of sunglasses

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/19/21

_____
Executing officer's signature

SA John Fortunato
Printed name and title